IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NICOLE GORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 10-cv-218-JPG |
| | ) |
| | ) |
| **BANNER FINANCE OF S.A., INC.,** | ) |
| **BANNER FINANCE OF MARION,** | ) |
| | ) |
| **Defendants.** | ) |

**JUDGMENT IN A CIVIL CASE**

The Court having received a notice of settlement advising this Court that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  **November 23, 2010**

                                                **NANCY J. ROSENSTENGEL, Clerk of Court**

                                              **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:**   *s/J. Phil Gilbert*
                      **J. PHIL GILBERT**
                      **U. S. DISTRICT JUDGE**